Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−26088−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Durwin D. Smalls
197 Lexington Boulevard , Apartment A−3
Clark, NJ 07066

Judy M. Smalls
1831 Brunella Avenue
Piscataway, NJ 08854

Social Security No.:
xxx−xx−6717

xxx−xx−6559

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 21, 2022

Vincent F. Papalia
Judge, United States Bankruptcy Court